McGREGOR W. SCOTT
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2760

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and THOMAS WOODS, Revenue Officer, Internal Revenue Service,<br><br>    Petitioners,<br><br>    v.<br><br>RICHARD TORRES,<br><br>    Respondent. | 2:08-mc-00067-JAM-EFB<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS AND ENFORCING I.R.S. SUMMONS**<br><br>Taxpayer: RICHARD TORRES |

　　　The United States and Revenue Officer Thomas Woods here petition for enforcement of an I.R.S. summons. The matter was placed before United States Magistrate Judge Edmund F. Brennan under 28 U.S.C. § 636 *et seq.* and Local Rule 73-302. On May 27, 2008, Judge Brennan issued an Order to Show Cause, ordering the respondent, Richard Torres, to show cause why the I.R.S. summons issued to him on November 30, 2007, should not be enforced. The Petition, Points and Authorities, and Order to Show Cause were served upon the respondent according to Fed. R. Civ. P. 4(e). Respondent did not file an opposition to enforcement under paragraph 6 on page 2 of the Order to Show Cause.

　　　Judge Brennan presided at the show-cause hearing on July 16, 2008, at which respondent failed to appear. On August 12, 2008, Judge Brennan filed Findings and

1  Recommendations, finding that the requirements for summons enforcement had been
2  satisfied and recommending that the summons be enforced.  Neither side filed objections
3  to Magistrate Judge's findings and recommendations.
4      I have reviewed the entire record de novo under 28 U.S.C. § 636(b)(1)(C) and
5  Local Rule 72-304.  I am satisfied that the Magistrate Judge's findings and
6  recommendations are supported by the record and by proper analysis, and that the
7  requested and unopposed summons enforcement should be granted.  Accordingly, it is
8  hereby ORDERED as follows:
9      1.  The Magistrate Judge's Findings and Recommendations Re: I.R.S. Summons
10 Enforcement, filed August 12, 2008, are ADOPTED IN FULL.
11     2.  The I.R.S. summons issued to respondent, Richard Torres, is ENFORCED.
12     3.  Respondent, Richard Torres, is ORDERED to appear at the I.R.S. offices at
13 4330 Watt Avenue, SA-4307, Sacramento, California, 95821, before Revenue Officer
14 Thomas Woods or his designated representative, within 21 days of the issuance of this
15 order, or at an alternate time and date to be set by Revenue Officer Woods, then and there
16 to be sworn, to give testimony, and to produce for examining and copying the books,
17 checks, records, papers and other data demanded by the summons, the examination to
18 continue from day to day until completed.
19     It is SO ORDERED.

21 DATED:   August 29, 2008
                                            /s/ John A. Mendez
22                                          UNITED STATES DISTRICT JUDGE